686

Circuit denied. *Mr. J. Julius Levy* for petitioners.

No. 646. OLIN, ADMINISTRATRIX, *v.* NEW ENGLAND LIFE INSURANCE Co. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arthur R. Robinson* for petitioner. *Messrs. Clair McTurnan* and *William R. Higgins* for respondent.

No. 650. FUHRMAN & FORSTER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Rayford W. Lemley* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Warner W. Gardner,* and *F. E. Youngman* for respondent.

No. 652. FARMERS UNDERWRITERS ASSOCIATION *v.* CARTER, ADMINISTRATOR. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph D. Brady* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *John A. Gage* for respondent.

No. 653. ATLAS MILLING Co. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Harry W. Blair* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Norman D. Keller,* and *Thomas E. Harris* for respondent.